DOMENICK CAFARELLI, Appellant, v. VINCENT F. MORREALE and SIDNEY O'KUN, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to the defendants to answer within twenty days from service of order upon payment of said costs, on the ground that although the complaint does not state a good cause of action for treble damages under section 273 of the Penal Law, it sufficiently states a cause of action for conspiracy. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of FRANCIS FISCHER, an Attorney, Respondent, for Reinstatement.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of EMIL H. REICHMAN, an Attorney, Respondent.— Motion for reinstatement granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HOWARD H. ROTH, Appellant, v. JEROME GOLDBERG, Doing Business under the Firm Name and Style of GOLDBERG BROS., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ARTHUR G. WEINBERGER, Appellant, v. BERNARD BRILL, Respondent, Impleaded with Another.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED G. YAKEL, Appellant.— Judgment and order affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ELIZABETH WRIGHTINGTON and WILLIAM WRIGHTINGTON, Respondents, v. L. WERTHEIMER, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE TRAVELERS INSURANCE COMPANY, Respondent, v. LOUIS GROSS and MAMIE GROSS, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ARTHUR PARADIS, an Infant, by His Guardian ad Litem, ROSANNA PARADIS, Respondent, v. CHARLES GEWIRTZ, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEE AI, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.